FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

RECEIVED & FILED
2024 JAN 24 P 2:02
DEPUTY CLERK

Kevin Lee Ross )
[Enter above the full name of )
the plaintiff in this action] )
 )
 )
v. ) Docket no.
 )
Judge; Woodcock )
Prosecutor McCormack )
Bryce Torgersen; Probation Officer )
2 unknown Probation Officers )
Ashley Hodom, P.O. )
[Enter above the full name of )
the defendant(s) in this action] )

I. Previous Lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes [ ] No [✓]

    B. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s) _____

            Defendant(s) _____

        2. Court [If federal court, name the district; if state court, name the county]

        3. Docket number _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement  Somerset County Jail

    A. Is there a prisoner grievance procedure in this institution?
       Yes [ ✓ ]    No [ ]

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?  Yes [ ]  No [ ✓ ]  N/A

    C. If your answer is "Yes"

       1. What steps did you take? Cannot Help in this action.

       2. What was the result? _____

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff  Kevin Lee Ross

Address  131 E Madison Rd, Madison, Me 04950

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant  Judge Woodcock

Position  Federal Judge

Address  202 Harlow St, Bangor, Me 04101

C. Additional Defendant(s) _____

_____ See inclosed. _____

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

Violation Amend. 8 Cruel & Unusual Punishment
U.S.C. sec. 1985 Conspiracy to interfere with Civil Rights
Intentionally making me do illegal acts.
Prosecution for perfectly legal acts.
Blisterded and then prosecuted for %100 legal acts
within Federal Judicial and System.

V. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

Compensory relief in amount of 10 million Dollars.
Punitive relief: 3.5 million each for Woodcock,
McCormack and Torgerson.
and 1 million Dollars each from 2 unremembered
P.O.s and Ashly Hadan.

_____
Signature of Plaintiff

Signed this __1__ day of __Jan__, 20_24_

I declare under penalty of perjury that the foregoing is true and correct.

__Jan 1, 2024__            _____
Date                       Signature of Plaintiff