Defendants

2.) Prosecutor McCormack
Federal Prosecutor
Prosecutors Office
202 Harlow St, Bangor, Me. 04101

3.) Probation Officer; Bryce Torgensen
U.S. Probation Officer
U.S. Probation Office
202 Harlow St., Bangor, Me. 04101

4.) 2 unknown Probation Officers (do not remember names)
Probation Officers before Ashly Hallam
U.S. Probation Office
202 Harlow St., Bangor Me, 04101

5.) Probation Officer Ashly Hallam
Probation Officer
U.S. Probation Office
202 Harlow St., Maine 04101