UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

<u>Kevin Lee Ross</u>

    v.                                    Case No. 24-cv-0013-LBM

<u>Woodcock et al.</u>

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 29, 2025.

The clerk of court is directed to enter judgment and close the case.

SO ORDERED.

_____
Landya B. McCafferty
United States District Judge

Date: June 23, 2025

cc: Kevin Lee Ross, pro se